**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RENE DAVALOS, *individually and on behalf of others similarly situated,*

      *Plaintiff*,      20-cv-02528-ARR-RML

  -against-

1623 PIZZA CORP. (D/B/A ENZO'S PIZZERIA), PAUL REISNER, JESSICA GOLD, and CARLOS DOE,

      *Defendants.*
-------------------------------------------------------X

**[Proposed] JUDGMENT**
**<u>JUDGMENT</u>**

 On February 22, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

 NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff RENE DAVALOS has partial judgment against Defendants 1623 PIZZA CORP. (D/B/A ENZO'S PIZZERIA) and PAUL REISNER, in the amount of $25,000, (Twenty-Five Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

              _____
              **HON. RACHEL P. KOVNER**