UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RENE DAVALOS, *individually and on behalf of others similarly situated*,

                               *Plaintiff*,                  20-cv-02528-ARR-RML

-against-

1623 PIZZA CORP. (D/B/A ENZO'S PIZZERIA), PAUL REISNER, JESSICA GOLD, and CARLOS DOE,

                               *Defendants.*
----------------------------------------------------------X

## JUDGMENT

On February 22, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That JUDGMENT shall be entered in favor of Plaintiff RENE DAVALOS against Defendants 1623 PIZZA CORP. (D/B/A ENZO'S PIZZERIA) and PAUL REISNER, in the amount of $25,000, (Twenty-Five Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: February 25, 2021

                                                /s/(ARR)
                                         _____
                                         HON. ALLYNE R. ROSS, U.S.D.J.  2/25/21