UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RENE DAVALOS, *individually
and on behalf of others similarly situated,*

                         *Plaintiff,*

-against-

1623 PIZZA CORP. (D/B/A ENZO'S PIZZERIA),
PAUL REISNER, JESSICA GOLD,
and CARLOS DOE,

                         *Defendants.*
-------------------------------------------------------------X

No. 20-cv-02528-ARR-RML

**SATISFACTION OF JUDGMENT**

**WHEREAS**, a judgment was entered in the above action on the 25th of February 2021, in favor of Plaintiff RENE DAVALOS (Plaintiffs) against Defendants 1623 PIZZA CORP. (D/B/A ENZO'S PIZZERIA), and PAUL REISNER, (collectively, "Defendants"), in the amount of $25,000.00, and said judgment with interests and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

**NOW THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
         February 11, 2022

                                                  CSM Legal, P.C.

                                                  By: _____
                                                  Catalina Sojo, Esq.
                                                  60 East 42nd Street, Suite 4510
                                                  New York, New York 10165
                                                  Tel: (212) 917-1200
                                                  Fax: (212) 317-1620

*Attorneys for Plaintiffs*

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF New York   )

Sworn to before me this

11th day of February 2022

_____
Notary Public

MICHELLE MENA
Notary Public - State of New York
01ME6420748
Qualified In Bronx County
My Comm. Expires Aug. 16, 2025